(No. 75-CC-1127— )

PETER STUBING, M.D., Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed June 5, 1975.*

PETER STUBING, M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-1146— )

SMOOT OIL COMPANY, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed June 5, 1975.*

SMOOT OIL COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.